**FILED**
JAN 1 2 2009
Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Michael Alexander Bethea, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. **09 0056** |
| U.S. Internal Revenue, | ) |
| Defendant. | ) |

## FINAL ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby

ORDERED that the complaint is DISMISSED WITHOUT PREJUDICE for failure to meet the minimum requirements of Rule 8.

This is a final, appealable order. *See* Fed. R. App. P. 4.

Date: 12/9/07

United States District Judge